Decided March 30, 2004

## THEODORE A. VERSPYCK ET AL. *v.* MICHAEL J. FRANCO ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 81 Conn. App. 646 (AC 23813), is granted, limited to the following issue:

"In this action for vexatious litigation, did the Appellate Court properly reverse the judgment of the trial court on the ground that the trial court improperly had rejected the defendant Marilyn P. Altsheler's special defense of reliance on the advice of counsel?"

The Supreme Court docket number is SC 17160.

*Louis Ciccarello*, in support of the petition.

*John Wayne Fox* and *Patricia M. Gaug*, in opposition.

Decided March 30, 2004

## CHASE MANHATTAN MORTGAGE CORPORATION *v.* MICHAEL L. BURTON

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 662 (AC 23975), is denied.

*Kerry M. Wisser* and *Nathan A. Schatz*, in support of the petition.

*Jennifer S. Allison*, in opposition.

Decided March 30, 2004